Invoice:
Customer:
   State of California, 1300 I St, Sacramento, CA 95814-2919
   916-455-9555

Tracking #   9405510200793233779251
Ship Date:  01/28/2011
Weight:     2 lb
Contents:
Declared Value: **$0.00**

Howard Hofelich
Tracking for shipment

Invoice:
Customer:
    **State of Illinois, Springfield Main Office, 500 S 2nd St, Springfield, IL 62701-1705**
    **217-782-1090**

Tracking # **9405510200793233795374**
Ship Date: **01/28/2011**
Weight:     **2 lb**
Contents:
Declared Value: **$0.00**

Invoice:  
Customer:  
    **Eric Morton, attorney, 3156 Vista Way Ste 200, Oceanside, CA 92056-3622**

Tracking #   **9405510200793233802195**  
Ship Date:   **01/28/2011**  
Weight:       **2 lb**  
Contents:  
Declared Value: **$0.00**

Invoice:
Customer:
  PADI America's, 30151 Tomas, Rancho Santa Margarita, CA 92688-2125
  949-858-7234

Tracking #  9405510200793233812095
Ship Date:  01/28/2011
Weight:       2 lb
Contents:
Declared Value: $0.00

Invoice:
Customer:
   Mark McShane, 1081 Borden Rd Ste 101, Escondido, CA 92026-2162
   760-586-2713

Tracking #   9405510200793233831270
Ship Date:   01/28/2011
Weight:      2 lb
Contents:
Declared Value: $0.00

Invoice:
Customer:
  M.C. Rick Norton, attorney, 3156 Vista Way Ste 200, Oceanside, CA 92056-3622

Tracking #   9405510200793233842801
Ship Date:   01/28/2011
Weight:        2 lb
Contents:
Declared Value: $0.00

Invoice:
Customer:
  Barry Hofelich, 27570 County Road 95A, Davis, CA 95616-9443

Tracking #   9405510200793234502131
Ship Date:   01/28/2011
Weight:       8 lb
Contents:
Declared Value: $0.00

Invoice:
Customer:
   **Barry Hofelich, 27570 County Road 95A, Davis, CA 95616-9443**

Tracking #  **9405510200793234503336**
Ship Date:  **01/28/2011**
Weight:      **13 lb**
Contents:
Declared Value: **$0.00**