Invoice:
Customer:
   State of California, 1300 I St, Sacramento, CA 95814-2919
   916-455-9555

Tracking #  9405510200793233779251
Ship Date:  01/28/2011
Weight:     2 lb
Contents:
Declared Value: $0.00

*Howard Hofelich*
*Tracking for shipmer*

Invoice:
Customer:
   State of Illinois, Springfield Main Office, 500 S 2nd St, Springfield, IL 62701-1705
   217-782-1090

Tracking #  9405510200793233795374
Ship Date:  01/28/2011
Weight:     2 lb
Contents:
Declared Value: $0.00

Invoice:
Customer:
  Eric Morton, attorney, 3156 Vista Way Ste 200, Oceanside, CA 92056-3622

Tracking #   9405510200793233802195
Ship Date:   01/28/2011
Weight:      2 lb
Contents:
Declared Value: $0.00










Invoice:
Customer:
  PADI America's, 30151 Tomas, Rancho Santa Margarita, CA 92688-2125
  949-858-7234

Tracking #   9405510200793233812095
Ship Date:   01/28/2011
Weight:      2 lb
Contents:
Declared Value: $0.00

Invoice:
Customer:
  Mark McShane, 1081 Borden Rd Ste 101, Escondido, CA 92026-2162
  760-586-2713

Tracking #   9405510200793233831270
Ship Date:   01/28/2011
Weight:      2 lb
Contents:
Declared Value: $0.00

Invoice:
Customer:
  M.C. Rick Norton, attorney, 3156 Vista Way Ste 200, Oceanside, CA 92056-3622

Tracking #   9405510200793233842801
Ship Date:   01/28/2011
Weight:      2 lb
Contents:
Declared Value: $0.00

Invoice:
Customer:
  Barry Hofelich, 27570 County Road 95A, Davis, CA 95616-9443

Tracking #   9405510200793234502131
Ship Date:   01/28/2011
Weight:      8 lb
Contents:
Declared Value: $0.00

Invoice:
Customer:
  Barry Hofelich, 27570 County Road 95A, Davis, CA 95616-9443

Tracking #   9405510200793234503336
Ship Date:   01/28/2011
Weight:      13 lb
Contents:
Declared Value: $0.00