IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HOWARD HOFELICH, ) | CIVIL 11-00034-DAE-BMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| STATE OF HAWAII, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 27, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "ORDER SETTING ASIDE ENTRY OF DEFAULT AGAINST DEFENDANTS CARL VICENTI AND OCEAN CONCEPTS SCUBA LLC; FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT  AGAINST DEFENDANTS CARL VICENTI AND OCEAN

CONCEPTS SCUBA LLC BE DENIED," document no. 101, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 30, 2011.



_____
David Alan Ezra
United States District Judge

Hofelich vs. State of Hawaii, et al., Civil No. 11-00034 DAE-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION